# APPENDIX 2

SCANNED
MAY 1 3 2009
U.S. DISTRICT COURT MPLS

May 13 08 03:42p

| DPS Minnesota State Patrol, District 4700 | DRIVER/VEHICLE EXAMINATION REPORT |
|---|---|
| Commercial Vehicle Section | Report Number: MN00PS000064 |
| 1110 Centre Pointe Curve, Suite 410 | Inspection Date: 05/10/2008 |
| Mendota Heights, MN 55120 | Start Time: 20:24   End Time: 20:53 |
| Phone: (651)405-6171 | Insp. Level: III-Driver/Credential, No HM Insp. |

EAGLE TRUCKING ENTERPRISES INC
4431 HIGHWAY 231
SPRINGDALE, WA 99173-9601
USDOT#: 00293922   Phone#: (509)258-9900
MC/MX#: 200812   Fax#:
State#:

Driver: HOUSE, STEPHEN K
License#: HOUSESK488QT   State: WA
Date of Birth: 11/30/1952
CoDriver:
License#:   State:
Date of Birth:

Location: RED RIVER WEIGH STATION   MilePost: 5   Shipper: BASIC POWER C/O GTSI
Highway: 94   Origin: SEATTLE, WA   Bill of Lading: 165377
County: CLAY, MN   Destination: LOWE, MI   Cargo: GLASS JARS

### VEHICLE IDENTIFICATION

| Unit | Type | Make | Year | State | License # | Company # | Vin # | GVWR | CVSA # | OOS# |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | TT | KW | 2000 | WA | 74464PR | 9 | 1XKWDB9X3YR846046 | 52,000 | | |
| 2 | ST | GDAN | 2007 | WA | 4566UG | 98 | 1GRAA96287W703566 | 65,000 | | |

BRAKE ADJUSTMENTS: No Brake Measurements Required For Level 3

### VIOLATIONS

| Section Code | Type | Unit | OOS | Citation # | Verify | Crash | Violations Discovered |
|---|---|---|---|---|---|---|---|
| 392.3 | F | D | Y | | N | N | 1052 Operating a CMV while Ill or fatigued |

HazMat: No HM Transported.   Placard: No   Cargo Tank:
Special Checks: No Data for Special Checks.

*Pursuant to the authority contained in MS Chapter 221, I hereby notify and declare STEPHEN HOUSE "Out-of-Service". No person shall permit or require this driver to operate any commercial motor vehicle until 08:53 ON 5/11/08 AND NO LONGER FATIGUED. OPERATING A COMMERCIAL MOTOR VEHICLE IN VIOLATION OF AN OUT-OF-SERVICE ORDER MAY RESULT IN A FINE OF UP TO $10,000.00, LOSS OF CDL AND/OR 90 DAYS IN JAIL.

*OPERATING A COMMERCIAL MOTOR VEHICLE IN VIOLATION OF AN OUT-OF-SERVICE ORDER MAY RESULT IN A FINE OF UP TO $10,000.00, LOSS OF CDL, AND/OR 90 DAYS IN JAIL.

*REPAIR VERIFICATION: The undersigned certifies that all violations noted on this report have been corrected and action has been taken to assure compliance with Minnesota laws and rules insofar as they are applicable to the above motor vehicle/vehicle and drivers. This verification MUST BE SIGNED by the person or persons responsible for compliance with the applicable laws and regulations and RETURNED WITHIN 15 DAYS to the MN State Patrol, Commercial Vehicle Section, 1110 Centre Pointe Curve, Suite 410, Mendota Heights, MN 55120.

NOTE: THIS VEHICLE(S) MAY NOT BE REDISPATCHED UNTIL ALL EQUIPMENT VIOLATIONS HAVE BEEN CORRECTED.

Signature Of Motor Carrier X: _____   Title: _____   Date: _____

Report Prepared By:   Badge #:   Copy Received By:   Page 1 of 1
C. NORTON   1766   STEPHEN HOUSE
   X _____



MN00PS000064