# APPENDIX 3


SCANNED
MAY 13 2009
US DISTRICT COURT MPLS

| | |
|---|---|
| DPS Minnesota State Patrol, District 4700<br>Commercial Vehicle Section<br>1110 Centre Pointe Curve, Suite 410<br>Mendota Heights, MN 55120<br>Phone: (651)405-6171   Fax: (651)405-6199 | DRIVER/VEHICLE EXAMINATION REPORT<br>Report Number: MN00MB000185<br>Inspection Date: 09/10/2006<br>Start Time: 01:15   End Time: 01:45<br>Insp. Level: 3-Driver/Credential, No HM Insp. |

HAY CREEK EXPRESS INC
11114 HAY CREEK RD
PITTSVILLE, WI 54466
USDOT#: 00476812     Phone#: (715)884-2930
MC/MX#: 252069       Fax#:
State#:

Driver: PAGE, GARY B
License#: P2002826842808                State: WI
Date of Birth: 11/26/1968
CoDriver:
License#:                                State:
Date of Birth:

Location: RED RIVER WEIGH STATION
Highway: 94
County: CLAY, MN

MilePost: 5
Origin: ALGONA, WA
Destination: PITTSVILLE, WI

Shipper: SCS ALGONA FACILITY
Bill of Lading: 1100981
Cargo: CHEESE

## VEHICLE IDENTIFICATION

| Unit | Type | Make | Year | State | License # | Company # | Vin # | GVWR | CVSA # | OOS# |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | TT | FRHT | 2006 | WI | 97617 | 180 | 1FUJA6CV96LV90162 | | | |
| 2 | ST | UTIL | 2001 | WI | 529449 | 606 | 1UYVS25381U527813 | | | |

**BRAKE ADJUSTMENTS** No Brake Measurements Required For Level 3

## VIOLATIONS

| Section Code | St | Unit | OOS | Citation # | Verify | Crash | Violations Discovered |
|---|---|---|---|---|---|---|---|
| 392.3 | | D | Y | | N | N | 1052 Operating a CMV while fatigued |

HazMat: No HM Transported.                                    Placard: No     Cargo Tank:
Special Checks: Size & Weight; Traffic Enforcement

*Pursuant to the authority contained in MS Chapter 221, I hereby notify and declare GARY PAGE "Out-of-Service". No person shall permit or require this driver to operate any commercial motor vehicle until 11:45 AM ON 9-10-2006. OPERATING A COMMERCIAL MOTOR VEHICLE IN VIOLATION OF AN OUT-OF-SERVICE ORDER MAY RESULT IN A FINE OF UP TO $10,000.00, LOSS OF CDL AND/OR 90 DAYS IN JAIL.

REPAIR MECHANIC: Please sign the below certification when all deficiencies in this report have been corrected.
Signature Of Repairer X:_____ Facility:_____ Date:_____

*OPERATING A COMMERCIAL MOTOR VEHICLE IN VIOLATION OF AN OUT-OF-SERVICE ORDER MAY RESULT IN A FINE OF UP TO $10,000.00, LOSS OF CDL, AND/OR 90 DAYS IN JAIL.

*REPAIR VERIFICATION: The undersigned certifies that all violations noted on this report have been corrected and action has been taken to assure compliance with Minnesota laws and rules insofar as they are applicable to the above motor vehicle/vehicle and drivers. This verification MUST BE SIGNED by the person or persons responsible for compliance with the applicable laws and regulations and RETURNED WITHIN 15 DAYS to the MN State Patrol, Commercial Vehicle Section, 1110 Centre Pointe Curve, Suite 410, Mendota Heights, MN 55120.

NOTE: THIS VEHICLE(S) MAY NOT BE REDISPATCHED UNTIL ALL EQUIPMENT VIOLATIONS HAVE BEEN CORRECTED.
Signature Of Motor Carrier X:_____ Title:_____ Date:_____

Report Prepared By:            Badge #:       Copy Received By:        Page 1 of 1
S. BOERNER                      517           PAGE, GARY B
X_____Boerner 517_____      X_____



MN00MB000185