# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MINNESOTA

# CIVIL MOTION HEARING

| | |
|---|---|
| Owner-Operators Independent Drivers Association, Inc., | **COURT MINUTES** |
| Plaintiff, | BEFORE: Donovan W. Frank |
| | U.S. District Judge |
| v. | Case No: CV 09-1116 DWF/RLE |
| | Date: June 30, 2010 |
| Mark Dunaski, et al., | Court Reporter: Jeanne Anderson |
| | Time Commenced: 10:02 a.m. |
| | Time Concluded: 11:50 a.m. |
| Defendant. | Time in Court: 1 Hour & 48 Minutes |

Hearing on:  **Motions for Summary Judgment (Doc. Nos. 71 & 82)**

APPEARANCES:

  Plaintiff: Albert Goins, Sr., Paul Cullen, Sr., Paul Cullen, Sr.
  Defendant: Marsha Eldot Devine, Thomas Vasaly

PROCEEDINGS:

  ☐ Plaintiff's Witnesses:
  ☐ Plaintiff' Exhibits:
  ☐ Defendant's Witnesses:
  ☐ Defendant's Exhibits:

**\*\*IT IS ORDERED:**

  ☒ **Submitted**   ☐ **Sustained**   ☐ **Overruled**
  ☐ Brief time set:
  ☒ Written order forthcoming.

s/B. Schaffer<br>Calendar Clerk