# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MINNESOTA

| | | | |
|---|---|---|---|
| Owner-Operator Independent Drivers , | ) | COURT MINUTES - CIVIL | |
| | ) | BEFORE: Raymond L. Erickson | |
| Plaintiffs, | ) | Chief U.S. Magistrate Judge | |
| | ) | | |
| vs. | ) | Case No: | Civ. No. 09-1116 (DWF/RLE) |
| | ) | Date: | August 2, 2010 |
| Marck Dunaski, et al., | ) | Court Reporter: | |
| | ) | Time Commenced: | 1:30 p.m. |
| Defendants. | ) | Time Concluded: | 5:00 p.m. |
| | ) | Time in Court: | 3 Hours & 30 Minutes |

Hearing on: **Settlement Conference**

APPEARANCES:

    Plaintiff:
    Defendant:

PROCEEDINGS:

    X  No settlement reached.


    s/Victoria L. Miller
    Judicial Assistant