# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MINNESOTA

| | | | |
|---|---|---|---|
| Owner-Operator Independent Drivers Association, Inc., et al., | ) ) ) | COURT MINUTES - CIVIL BEFORE: Raymond L. Erickson Chief U.S. Magistrate Judge | |
| Plaintiffs, | ) ) | Case No: | Civ. No. 09-1116 (DWF/RLE) |
| vs. | ) ) | Date: Court Reporter: | August 9, 2010 Digital Recording |
| Mark Dunaski, et al., | ) ) | Time Commenced: Time Concluded: | 2:30 p.m. 3:30 p.m. |
| Defendants. | ) | Time in Court: | 1 Hours & 0 Minutes |

Hearing on: **Status Conference**

APPEARANCES:

    Plaintiff:   Albert Goins, Sr./Paul Cullen, Sr./Paul Cullen, Jr./Daniel Cohen
    Defendant:   Marsha Eldot Devine

PROCEEDINGS:
- [X] Status conference.
- [X] Discussed the progression of the case. The parties argued what their interpretations were regarding the Court's directive to provide it with a Memorandum of Understanding. After argument, the Court directed the parties to do exchange their Memorandum of Understanding and if needed, contact the Court by 2:00 p.m., on Friday, August 13, 2010, if necessary.

  s/Victoria L. Miller  
Judicial Assistant
