# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| Owner-Operator Independent Drivers Association, Inc., and Stephen K. House, | COURT MINUTES - CIVIL<br>BEFORE: Donovan W. Frank<br>U.S. District Judge |
| Plaintiffs, | |
| v. | Case No:  CV 09-1116 DWF/RLE<br>Date:  August 31, 2010<br>Court Reporter:  Jeanne Anderson |
| Mark Dunaski, Ken Urquhart, John Doe, James Ullmer, Doug Thooft, and Christopher Norton, | Time Commenced:  9:00 a.m.<br>Time Concluded:  1:20 p.m.<br>Time in Court:  4 Hours & 5 Minutes |
| Defendants. | |

Hearing on: **Pretrial Conference**

APPEARANCES:

    Plaintiffs:   Albert T. Goins, Sr., Daniel E. Cohen, Paul D. Cullen, Sr., Paul D. Cullen, Jr.
    Defendants:  Marsha Eldot Devine, Thomas C. Vasaly

    Also present at Plaintiffs' Counsel Table:  Jennifer Kurtz
    Also present at Defendants' Counsel Table:  Melanie Yackley and Major Kent O'Grady

PROCEEDINGS:  Ruled from the bench on Pretrial Motions.  Order to follow.

                                                                                                             s/R. Baertsch
                                                                                                              Judicial Assistant