# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MINNESOTA

# CIVIL BENCH TRIAL

| | |
|---|---|
| Owner-Operator Independent Drivers Association, et al., | **COURT MINUTES** |
| Plaintiffs, | Case Number: CV. 09-1116 DWF/RLE |
| v. | Date: September 14, 2010 |
| | Court Reporters: Jeanne Anderson |
| Mark Dunaski, et al., | Carla Bebault |
| Defendants. | Time Commenced: 9:42 a.m. / 1:55 p.m. |
| | Time Concluded: 12:40 p.m. / 5:30 p.m. |
| | Time in Court: 6 Hours & 33 Minutes |

Trial before Donovan W. Frank, United States District Judge, at St. Paul, Minnesota.

APPEARANCES:

　For Plaintiff:　　Paul Cullen, Sr., Paul Cullen, Jr., Daniel Cohen, James Johnston, Albert Goins
　For Defendant:　Marsha Eldot, Devine, Thomas Vasley

PROCEEDINGS:

- ☐ **Jury Selection.**
- ☐ **BENCH Trial - Began**.
- ☐ **BENCH Trial - Ended**
- ☐ Jury impaneled (File list of jurors).
- ☐ Opening statements.
- ☒ **BENCH Trial Held.**
- ☒ Trial continued to September 15, 2010.
- ☒ Plaintiff's witnesses: Dr. Philip R. Westerbrook, Jeanette House, Christopher Norton, James Ullmer
- ☐ Defendant's witnesses:
- ☐ Plaintiff rests.　☐ Defendant rests.
- ☐ Closing arguments.
- ☐ Jury received case at.
- ☐ Jury resumed deliberations on.
- ☐ Jury returned at without verdict. IT IS ORDERED: to separate and to return and resume deliberations on.

- ☐ Verdict Rec'd at for:
  - ☐ Plaintiff
  - ☐ Defendant

- ☐ Court's Ruling:
  - ☐ Judgment in favor of Plaintiff.
  - ☐ Judgment in favor of Defendant.

IT IS ORDERED:

- ☐ Oral motion to dismiss for judgment as a matter of law.
- ☐ Clerk to file Verdict and enter Judgment.
- ☐ Clerk to file Verdict, but withhold entry of Judgment until further order.
- ☐ Clerk to file Order.
- ☐ Clerk to file Order and enter Judgment.
- ☐ Clerk to enter Judgment.
- ☐ Written order forthcoming.
- ☐ Case submitted.

CLERK'S USE ONLY:

- ☐ Number of trial days with evidence - .
- ☐ Exhibits returned to counsel or parties.

   s/B. Schaffer   
Signature of Calandar Clerk
