# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MINNESOTA

## CIVIL BENCH TRIAL

Owner-Operator Independent Drivers Association, et al.,

                  Plaintiffs,

v.

Mark Dunaski, et al.,

                  Defendants.

**COURT MINUTES**
Case Number: CV. 09-1116 DWF/RLE

| | |
|---|---|
| Date: | September 15, 2010 |
| Court Reporters: | Jeanne Anderson |
| | Carla Bebault |
| Time Commenced: | 9:10 a.m. / 1:20 p.m. |
| Time Concluded: | 12:20 p.m. / 5:05 p.m. |
| Time in Court: | 6 Hours & 55 Minutes |

Trial before Donovan W. Frank, United States District Judge, at St. Paul, Minnesota.

APPEARANCES:

  For Plaintiff:    Paul Cullen, Sr., Paul Cullen, Jr., Daniel Cohen, James Johnston, Albert Goins
  For Defendant:  Marsha Eldot, Devine, Thomas Vasley

PROCEEDINGS:

- ☐ **Jury Selection.**
- ☐ **BENCH Trial - Began**.
- ☐ **BENCH Trial - Ended**
- ☐ Jury impaneled (File list of jurors).
- ☐ Opening statements.
- ☒ **BENCH Trial Held.**
- ☒ Trial continued to September 16, 2010.
- ☒ Plaintiff's witnesses:  James Ullmer, Mark Dunaski, Kenneth Urquhart
- ☐ Defendant's witnesses:
- ☐ Plaintiff rests.    ☐ Defendant rests.
- ☐ Closing arguments.
- ☐ Jury received case at.
- ☐ Jury resumed deliberations on.
- ☐ Jury returned at without verdict.  IT IS ORDERED: to separate and to return and resume deliberations on.

- ☐ Verdict Rec'd at for:
  - ☐ Plaintiff
  - ☐ Defendant

- ☐ Court's Ruling:
  - ☐ Judgment in favor of Plaintiff.
  - ☐ Judgment in favor of Defendant.

## IT IS ORDERED:

- ☐ Oral motion to dismiss for judgment as a matter of law.
- ☐ Clerk to file Verdict and enter Judgment.
- ☐ Clerk to file Verdict, but withhold entry of Judgment until further order.
- ☐ Clerk to file Order.
- ☐ Clerk to file Order and enter Judgment.
- ☐ Clerk to enter Judgment.
- ☐ Written order forthcoming.
- ☐ Case submitted.

## CLERK'S USE ONLY:

- ☐ Number of trial days with evidence - .
- ☐ Exhibits returned to counsel or parties.

    s/B. Schaffer    

Signature of Calandar Clerk

                                    Template Updated  05/18/09