# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MINNESOTA

# CIVIL BENCH TRIAL

| | |
|---|---|
| Owner-Operator Independent Drivers Association, et al.,<br>         Plaintiffs,<br>v.<br>Mark Dunaski, et al.,<br>         Defendants. | **COURT MINUTES**<br>Case Number: CV. 09-1116 DWF/RLE<br><br>Date:              September 20, 2010<br>Court Reporters:   Jeanne Anderson<br>                   Carla Bebault<br>Time Commenced:    9:06 a.m. / 1:30 p.m.<br>Time Concluded:    12:15 p.m. / 5:15 p.m.<br>Time in Court:     6 Hours & 54 Minutes |

Trial before Donovan W. Frank, United States District Judge, at St. Paul, Minnesota.

## APPEARANCES:

   For Plaintiff:     Paul Cullen, Sr., Paul Cullen, Jr., Daniel Cohen, James Johnston, Albert Goins
   For Defendant:     Marsha Eldot, Devine, Thomas Vasley

## PROCEEDINGS:

- ☐ **Jury Selection.**
- ☐ **BENCH Trial - Began**.
- ☐ **BENCH Trial - Ended**
- ☐ Jury impaneled (File list of jurors).
- ☐ Opening statements.
- ☒ **BENCH Trial Held.**
- ☒ Trial continued to September 21, 2010.
- ☒ Plaintiff's witnesses:    Douglas Thooft, Major Kent O'Grady
- ☐ Defendant's witnesses:
- ☐ Plaintiff rests.    ☐ Defendant rests.
- ☐ Closing arguments.
- ☐ Jury received case at.
- ☐ Jury resumed deliberations on.
- ☐ Jury returned at without verdict.  IT IS ORDERED: to separate and to return and resume deliberations on.

- ☐ Verdict Rec'd at for:
  - ☐ Plaintiff
  - ☐ Defendant

- ☐ Court's Ruling:
  - ☐ Judgment in favor of Plaintiff.
  - ☐ Judgment in favor of Defendant.

IT IS ORDERED:

- ☐ Oral motion to dismiss for judgment as a matter of law.
- ☐ Clerk to file Verdict and enter Judgment.
- ☐ Clerk to file Verdict, but withhold entry of Judgment until further order.
- ☐ Clerk to file Order.
- ☐ Clerk to file Order and enter Judgment.
- ☐ Clerk to enter Judgment.
- ☐ Written order forthcoming.
- ☐ Case submitted.

CLERK'S USE ONLY:

- ☐ Number of trial days with evidence - .
- ☐ Exhibits returned to counsel or parties.

   s/B. Schaffer     
Signature of Calandar Clerk
