# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MINNESOTA

| | | |
|---|---|---|
| Owner-Operator Independent Drivers Association, Inc., et al., | ) ) ) | COURT MINUTES - CIVIL<br>BEFORE: Leo I. Brisbois<br>U.S. Magistrate Judge |
| Plaintiffs, | ) ) | |
| v. | ) ) | Case No:   Civ. No. 09-1116 (DWF/LIB)<br>Date:   March 15, 2011 |
| Mark Dunaski, et al., | ) ) ) | Court Reporter:<br>Time Commenced:   9:24 a.m.<br>Time Concluded:   7:00 p.m. |
| Defendants. | ) | Time in Court:   9 Hours & 36 Minutes |

Hearing on: **Settlement Conference**

APPEARANCES:

    Plaintiff:    Albert Goins/Paul Cullen, Sr/Paul Cullen, Jr.
    Defendant:    Marsha Eldot Devine/Thomas C. Vasaly
                     Alan Gilbert, Solicitor

PROCEEDINGS:

☒ No settlement reached; however, a status conference will be scheduled.  Written Order to be issued.

                                                                     s/Victoria L. Miller
                                                                        Judicial Assistant