# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MINNESOTA

| | | | |
|---|---|---|---|
| Owner-Operator Independent Drivers Association, Inc., et al., | ) ) ) | COURT MINUTES - CIVIL BEFORE: Leo I. Brisbois U.S. Magistrate Judge | |
| Plaintiffs, | ) ) | Case No: | 09-1116 (DWF/LIB) |
| v. | ) ) | Date: Court Reporter: | April 7, 2011 N/A |
| Mark Dunaski, et al., , | ) ) | Time Commenced: Time Concluded: | 1:30 PM 1:50 PM |
| Defendants. | ) | Time in Court: | 0 Hours & 20 Minutes |

Hearing on: **Status Conference and Settlement Conference**

APPEARANCES:

    Plaintiff:
    Defendant:

PROCEEDINGS:

☒ Based on the settlement negotiations and conversations with counsel, no settlement has been reached. Settlement Conference concluded.

s/ELM<br>Law Clerk